# UNITED STATES DISTRICT COURT
for the

EASTERN District of CALIFORNIA

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| TYRONE DEMOND MAHAN ) | Case No: 2:03CR00513 01 |
| ) | USM No: 14809-097 |
| Date of Previous Judgment: 11/10/2005 ) | David M. Porter, AFD |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of  X  the defendant  ☐  the Director of the Bureau of Prisons  ☐  the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.    X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of  156  months **is reduced to**  134 months.  .

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 28 | Amended Offense Level: | 26 |
| Criminal History Category: | VI | Criminal History Category: | VI |
| Previous Guideline Range: | 140 to 175 months | Amended Guideline Range: | 120 to 150 months |

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

X  The reduced sentence is within the amended guideline range.

☐  The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐  Other (explain):

## III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated  11/10/2005  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  June 4, 2008                                /s/ John A. Mendez
                                                                              Judge's signature

Effective Date:  _____                   JOHN A. MENDEZ
       (if different from order date)                           Printed name and title